UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS

Villa Contento Apartments

v.                                                              Case Number: 4:22–cv–03645

Kingsley Dominic Okene

## Notice of Resetting

**A proceeding has been reset in this case as set forth below.**

**BEFORE:**
**Magistrate Judge Sam S Sheldon**

**LOCATION:**
by video

United States District Court
515 Rusk Street
Houston, TX 77002

**DATE:** 11/10/2022

**TIME:** 09:40 AM

**TYPE OF PROCEEDING:** Initial Conference

Date:   November 2, 2022                                        Nathan Ochsner, Clerk